Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436
Tel: 818-995-4540
Stuart@pricelawgroup.com

Attorney for Plaintiff,
Christina Aceves

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA ACEVES,<br><br>        Plaintiff,<br><br>    vs.<br><br>SYNCHRONY BANK<br><br>        Defendant. | **Case No.:**<br>5:15-cv-00801-PA<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, CHRISTINA ACEVES, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, SYNCHRONY BANK. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

Respectfully submitted this 8th day of September, 2015,

**PRICE LAW GROUP APC**

By: */s/ Stuart M. Price*

Stuart Price, Esq.
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436
Tel: 818-907-2030
Stuart@pricelawgroup.com
Attorney for Plaintiff,
Christina Aceves