JS-6

**PRICE LAW GROUP, APC**
Stuart M. Price (SBN 150439)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
Stuart@pricelawgroup.com

Attorneys for Plaintiff
CHRISTINA ACEVES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA ACEVES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SYNCHRONY BANK,<br><br>　　　　Defendant. | Case No.: 5:15-cv-00801-PA<br>ORDER RE:<br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

　　　　Plaintiff CHRISTINA ACEVES, by and through her attorneys, PRICE LAW GROUP APC, and Defendant SYNCHRONY BANK by and through its attorneys, REED SMITH LLP, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that the case in its entirety

1  must be dismissed with prejudice, with each party to bear its own costs and
2  attorneys' fees.

4      Respectfully submitted this 14th day of September, 2015,

6      By: */s/ Stuart M. Price*
        Stuart M. Price (SBN 150439)
7       Price Law Group, APC
        15760 Ventura Blvd., Suite 1100
8       Encino, CA 91436
        (P) 818.995.4540
9       stuart@pricelawgroup.com
        Attorney for Plaintiff,
10      *CHRISTINA ACEVES*

12      By: */s/ Judith T. Sethna*
        Judith T. Sethna
13      Reed Smith LLP
14      355 South Grand Ave.
        Los Angeles, CA 90071
15      (P) 213.457.8068
16      jsethna@reedsmith.com
        Attorney for Defendant,
17      *SYNCHRONY BANK*

**IT IS SO ORDERED.**

**DATED:** September 15, 2015

*[signature]*

**UNITED STATES DISTRICT JUDGE**